UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND SHAVERS,

    Plaintiff,                                                Case No. 18-cv-12096
                                                             Hon. Matthew F. Leitman

v.

VILLAGE OF ALMONT, *et al.*,

    Defendants.

_____/

## **ORDER ON MOTIONS**

On January 21, 2020, the Court held a hearing on Defendants' two pending motions. For the reasons stated on the record:

- Defendants' Motion for Summary Judgment (ECF No. 11) is **TAKEN UNDER ADVISEMENT**; and

- Defendants' Motion to Strike Plaintiff's Rule 26 Expert Witness Report and to Bar Plaintiff's Expert from Testifying at Trial (ECF No. 12) is **DENIED**. Rather than striking Plaintiff's Expert Witness, the Court will permit Defendants to depose the witness by not later than **March 6, 2020**. Defendants shall then file a motion to exclude the witness's testimony by not later than **30 days** after the witness is deposed.

**IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: January 22, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764