UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND SHAVERS,

    Plaintiff,

Case No. 18-cv-12096
Hon. Matthew F. Leitman

v.

ALMONT TOWNSHIP, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendants' Motion for Summary Judgment, dated March 2, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                      DAVID J. WEAVER
                                      CLERK OF COURT

                            By:    s/Holly A. Monda
                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 2, 2020
Flint, Michigan